IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KEITH AVERY SOMMERFELDT, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV213-146
)
)
COMMISSIONER OF SOCIAL )
SECURITY, )
)
    Defendant. )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that his claims are not based on physical disabilities, but rather on his psychiatric record. Plaintiff contends that the medications he takes are designed to allow him to have a minimal level of functioning on a daily basis, and these medications limit his abilities. Plaintiff also contends that the Administrative Law Judge ("ALJ") did not discuss these issues during his hearing.

The ALJ considered the entirety of Plaintiff's alleged physical and mental limitations in determining that Plaintiff is not disabled within the meaning of the Social Security Act. It is of no moment that the ALJ may not have discussed Plaintiff's mental limitations or his medications and their effects on him during the hearing. The ALJ clearly reviewed this information in reaching his determination. (See, e.g., Doc. No. 12-

2, pp. 12–14). Plaintiff's dissatisfaction with the ALJ's findings is not a sufficient basis for Plaintiff's requested relief.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**, and Plaintiff's cause of action is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 20 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)